UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 4-20-cv-10069-JLK / Becerra

GERARDO FERNANDEZ and
KORNPHAT HILDEBRANT,

        Plaintiffs,
v.

THAI ISLAND RESTAURANT, LLC, a
Florida limited liability company, and PHEN
P. FUTTERMAN,

        Defendants.
_____/

## NOTICE OF DISCOVERY TELEPHONIC HEARING BEFORE UNITED STATES MAGISTRATE JUDGE JACQUELINE BECERRA

The Plaintiffs notify the parties that United States Magistrate Judge Jacqueline Becerra will hold a hearing on the Court's discovery calendar for **December 15, 2020 at 11:00 a.m.** Specifically, the Plaintiff is requesting the Court address the following discovery issues:

a. Deficiencies in Defendant, Thai Island Restaurant, LLC's Response to First Set of Interrogatories (the Interrogatories and Responses thereto are attached as **Exhibit A** and **Exhibit B**). *Specifically, the Plaintiff seeks to compel better responses to Interrogatory #'s 2, 4, 5, and 7.*

b. Deficiencies in Defendant, Thai Island Restaurant, LLC's Response to Plaintiff's First Request for Production. The Request for Production is attached as **Exhibit C** and Thai Island Restaurant, LLC's Response to Request for Production is attached as **Exhibit D**. *Specifically, the Plaintiff seeks to compel RFP #'s 1, 2, 26 and 27.*

**The Parties should attend the hearing telephonically by calling 1-866-390-1828; the access code number is 2046890 followed by the # sign.**

Respectfully submitted,

s/. Peter Bober, Esq.
FBN: 0122955
Peter@boberlaw.com
BOBER & BOBER, P.A.
2699 Stirling Road, Suite A-304
Hollywood, FL 33312
Tel: (954) 922-2298
Fax: (954) 922-5455
Attorneys for Plaintiff

## CERTIFICATE OF GOOD FAITH

Pursuant to Fed.R.Civ.P. 26(c) and Local Rule 7.1A(3)(a), counsel for Plaintiffs certifies that he in good faith contacted opposing counsel by email and telephone to address the Defendants' discovery responses. The Plaintiff contacted Defendants promptly about the discovery issues on the same day responses were served (October 1, 2020). The Plaintiff spent numerous weeks attempting obtain supplemental discovery, however, deficiencies continued remain. The Defendants, ultimately, agreed to supplement their discovery responses by November 11, 2020. On November 11, 2020, Thai Island finally supplemented its interrogatories, but it did not supplement its response to Request for Production. Because deficiencies still remained in the responses to interrogatories and request for production, on November 14, 2020, the Plaintiff contacted Chambers and the Defendants insofar as coordinating dates for a discovery hearing.

s/. Peter Bober
Fla. Bar. No. 0122955