UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 4-20-cv-10069-JLK / Becerra

GERARDO FERNANDEZ and
KORNPHAT HILDEBRANT,

      Plaintiffs,
v.

THAI ISLAND RESTAURANT, LLC, a
Florida limited liability company, and PHEN
P. FUTTERMAN,

      Defendants.
_____/

**NOTICE OF DISCOVERY TELEPHONIC HEARING BEFORE UNITED STATES MAGISTRATE JUDGE JACQUELINE BECERRA**

The Plaintiffs notify the parties that United States Magistrate Judge Jacqueline Becerra will hold a hearing on the Court's discovery calendar for **December 22, 2020 at 1:00 p.m.** Specifically, the Plaintiff is requesting the Court address the following discovery issues:

a. Deficiencies in Defendant, Thai Island Restaurant, LLC's Amended Response to First Set of Interrogatories (the Interrogatories and Responses thereto are attached as **Exhibit A** and **Exhibit B**). *Specifically, the Plaintiff seeks to compel better responses to Interrogatory #'s 2, 4, 5, 6 and 7.*

b. Deficiencies in Defendant, Thai Island Restaurant, LLC's Response to Plaintiff's First Request for Production. The Request for Production is attached as **Exhibit C** and Thai Island Restaurant, LLC's Response to Request for Production is attached as **Exhibit D**. *Specifically, the Plaintiff seeks to compel RFP #'s 1, 2, 26 and 27.*

**The Parties should attend the hearing telephonically by calling 1-866-390-1828; the access code number is 2046890 followed by the # sign.**

        Respectfully submitted,

        s/. Peter Bober, Esq.
        FBN:  0122955
        Peter@boberlaw.com
        BOBER & BOBER, P.A.
        2699 Stirling Road, Suite A-304
        Hollywood, FL 33312
        Tel:  (954) 922-2298
        Fax: (954) 922-5455
        Attorneys for Plaintiff

**CERTIFICATE OF GOOD FAITH**

    Pursuant to Fed.R.Civ.P. 26(c) and Local Rule 7.1A(3)(a), counsel for Plaintiffs certifies that he in good faith contacted opposing counsel by email and telephone to address the Defendants' discovery responses.  The Plaintiff contacted Defendants promptly about the discovery issues on the same day responses were served (October 1, 2020). The Plaintiff spent numerous weeks attempting obtain supplemental discovery, however, deficiencies continued remain. The Defendants, ultimately, agreed to supplement their discovery responses by November 11, 2020.  On November 11, 2020, Thai Island finally supplemented its interrogatories, but it did not supplement its response to Request for Production.

    The supplemental interrogatory responses remained deficient and failed to address Plaintiff's concerns.  In a continued effort to narrow the issues, the undersigned contacted defense counsel on December 11, 2020 in writing, again

    Also, on December 11, 2020, the Plaintiff sent correspondence in writing to the defense counsel in an effort to resolve the discovery issues and obviate the need for a discovery hearing. Notwithstanding, no further supplementation has been made (or promised) by the Defendants.

        s/. Peter Bober
        Fla. Bar. No. 0122955